UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HARRIE PEARSALL and<br>EDITH PEARSALL,<br><br>         Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO<br>SERVICING, INC.,<br><br>         Defendant. | **JUDGMENT**<br><br>No. 7:15-CV-106-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 17, 2015, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiffs' claims are dismissed for failure to state a claim upon which relief can be granted. Plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 17, 2015, and Copies To:**

Harrie and Edith Pearsall (via U.S. Mail) 16864 Highway 210 West, Rocky Point, NC 28457
Matthew T. McKee (via CM/ECF Notice of Electronic Filing)
Renner Jo St. John (via CM/ECF Notice of Electronic Filing)

December 17, 2015         JULIE RICHARDS JOHNSTON, CLERK
                                     /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk